**STATE of Missouri, Respondent,**

v.

**Zino FRENCH, Appellant.**

**Zino FRENCH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 65694, 68033.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 7, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 17, 1996.

Application to Transfer Denied
Aug. 20, 1996.

N. Scott Rosenblum, St. Louis, for appellant.

Jeremiah W. .(Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Defendant, Zino French, appeals the judgment upon his conviction by a jury of assault in the first degree and armed criminal action. He was sentenced as a Class X offender to ten years imprisonment for each offense, to be served consecutively. Defendant also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. The appeals have been consolidated. We affirm.

We have reviewed the briefs and the record on appeal and find the claims of error are without merit. An opinion reciting the facts and principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).